FILED
October 15, 2025
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:25-MJ-1020-BT |
| EDUARDO AGUILAR | |

**MOTION FOR DETENTION AND**
**MOTION TO CONTINUE DETENTION HEARING**

The United States moves for pretrial detention of defendant, **Eduardo Aguilar**, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    _____ Crime of violence (18 U.S.C. § 3156);

    _____ Maximum sentence life imprisonment or death;

    _____ 10 + year drug offense;

    _____ Felony, with two prior convictions in above categories;

    _X_ Serious risk defendant will flee;

    _____ Serious risk obstruction of justice;

    _____ Felony involving a minor victim;

    _____ Felony involving a firearm, destructive device, or any other dangerous weapon; or

    _____ Felony involving a failure to register (18 U.S.C. § 2250).

**Motion for Detention - Page 1**

2. <u>Reason for Detention</u>: The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   <u> X </u>  Defendant's appearance as required;

   <u> X </u>  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>: The United States will invoke the rebuttable presumption against defendant because (check all that apply):

   <u>     </u>  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c);

   <u>     </u>  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

   <u>     </u>  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

   <u>     </u>  Previous conviction for "eligible" offense committed while on pretrial bond.

4. <u>Time for Detention Hearing</u>: The United States requests the Court conduct the detention hearing,

   <u>     </u>  At first appearance

   <u> X </u>  After continuance of <u>  2   </u> days (not more than 3).

**Motion for Detention - Page 2**

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

/s/ *Nicole Dana*
NICOLE DANA
Assistant United States Attorney
Texas Bar Number 24062268
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone:  (214) 659-8600
Facsimile:  (214) 659-8805
nicole.dana@usdoj.gov